In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00215-CV**

_____

**TROJAN GROUP CONTRACTOR, INC., Appellant**

**V.**

**NEW ERA LIFE INSURANCE COMPANY, ET AL, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-04-05396-CV**

**MEMORANDUM OPINION**

Asserting that all disputed issues between the parties have been settled and that the trial court signed a final judgment based on agreements between the parties settling the dispute, 2301 South Mountain Residence Corporation, one of the parties in the appeal, moved to dismiss the accelerated appeal as moot.

1

No other party notified the court, by motion, that it opposed 2301 South Mountain's motion to dismiss. Accordingly, we grant the motion and dismiss the appeal as moot.

APPEAL DISMISSED.

PER CURIAM

Submitted on March 6, 2023
Opinion Delivered June 22, 2023

Before Golemon, C.J., Horton and Johnson, JJ.